*Hobbs, Petitioners, v. Nw. Tr. Servs., Inc., et al., Respondents*, No. 92361-2. Petition for review of a decision of the Court of Appeals, No. 71143-1-I, July 20, 2015, 188 Wn. App. 1057. *Denied* March 2, 2016.

*State, Respondent, v. Starbuck, Petitioner*, No. 92363-9. Petition for review of a decision of the Court of Appeals, No. 31845-1-III, June 25, 2015, 189 Wn. App. 740. *Denied* March 2, 2016.

*State, Respondent, v. Romaneschi, Petitioner*, No. 92364-7. Petition for review of a decision of the Court of Appeals, No. 32103-7-III, September 3, 2015, 189 Wn. App. 1052. *Denied* March 2, 2016.

*State, Respondent, v. Payne, Petitioner*, No. 92366-3. Petition for review of a decision of the Court of Appeals, No. 32096-1-III, July 28, 2015, 189 Wn. App. 1014. *Denied* March 2, 2016.

*State, Respondent, v. Lazcano, Petitioner*, No. 92367-1. Petition for review of a decision of the Court of Appeals, No. 31601-7-III, June 16, 2015, 188 Wn. App. 338. *Denied* March 2, 2016.

*Haggenmiller, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92372-8. Petition for review of a decision of the Court of Appeals, Nos. 45478-5-II, 45645-1-II, and 45778-4-II, July 7, 2015, 188 Wn. App. 1039. *Denied* March 2, 2016.

*City of Kent, Petitioner, v. Bel Air & Briney et al., Respondents*, No. 92373-6. Petition for review of a decision of the Court of Appeals, No. 71544-5-I, September 14, 2015, 190 Wn. App. 166. *Denied* March 2, 2016.